461 A.2d 866

Commonwealth v. Johnson, Appellant.

Submitted March 1, 1983. Robert Thomas Panowicz, for appellant; Robert J. Gillespie, Jr., District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., CAVANAUGH and WIEAND, JJ.

Order affirmed.

461 A.2d 866

Commonwealth v. Little, Jr., Appellant.

Submitted January 26, 1983. Samuel K. Gates, for appellant; Roy Alan Keefer, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and WATKINS, JJ.

Judgment of sentence affirmed.

CIRILLO, J., filed a memorandum concurring opinion.